IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBERT MIZNER, | No. C 12-00288 CRB |
| Petitioner, | **ORDER RE MOTION FOR STAY** |
| v. | |
| RANDY GROUNDS, | |
| Respondent. | |

Petitioner has moved (dkt. 15) to "stay and abey" these proceedings pending the resolution of his anticipated motion in state court for resentencing under California's recently-enacted Proposition 36. See Cal. Penal Code § 1170.126. Petitioner's papers indicate that Respondent communicated an intent to oppose the motion. Respondent shall submit a response to the motion to stay by 5:00 p.m. January 18, 2013.

**IT IS SO ORDERED.**

Dated: January 3, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\288\order re stay briefing.wpd